UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

MARLOW WILLIAMS,
Plaintiff

v.

& BOSTON POLICE DEPARTMENT
Defendants

04-12346MLW

RECEIPT # 59839
AMOUNT $ 150.00
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. MP
DATE 11/4/04

MAGISTRATE JUDGE MBB

**NOTICE OF REMOVAL**
(Pursuant to 28 U.S.C. §1441)

The Defendant City of Boston petitions, pursuant to 28 U.S.C. §1441, for removal from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts the action entitled *Marlow Williams v. City of Boston, et. al.*, currently pending in Suffolk County as Civil Action No. 2004-3534D.

1. This action alleges that Defendants violated the Federal civil rights of Plaintiff, Marlow Williams, by using excessive force during his arrest for assault and battery on a police officer, resisting arrest, and numerous other violations regarding an incident on February 4, 2003. Plaintiff further makes claims for the tortious acts of assault and battery and violations of the Massachusetts Civil Rights Act under G.L. c. 12, §11I.

2. In his Federal civil rights claims, the Plaintiff specifically alleges that Defendants violated 42 U.S.C. §1983. This action clearly "arises under the Constitution treaties or laws of the United States" and is therefore removable under 28 U.S.C. §1441.

3. A fair reading of the facts and theories as a whole make it apparent that Federal statutory law and issues are an essential part of the case and therefore, Defendants have the statutory right to remove this action;

4. This Notice of Removal is being filed within thirty (30) days of service upon Defendants; and

1

5.  Upon information and belief, the individually named Defendants have given their consent for removal.

WHEREFORE, Defendant petitions that this action be removed.

>   Respectfully submitted,
>   DEFENDANT, CITY OF BOSTON
>   Merita A. Hopkins
>   Corporation Counsel
>   By its attorney,
>
>   /s/ Helen G. Litsas
>   Helen G. Litsas
>   Assistant Corporation Counsel
>   BBO# 644848
>   Thomas R. Donohue
>   Assistant Corporation Counsel
>   BBO# 643483
>   City of Boston Law Department
>   Room 615, Boston City Hall
>   Boston, Massachusetts 02201
>   (617) 635-4023 (Litsas)
>   (617) 635-4039 (Donohue)

## VERIFICATION

I, Helen Litsas, hereby swear under the pains and penalties of perjury that the statements of fact in the petition are true and correct to the best of my knowledge, information and belief.

>Respectfully submitted,
>DEFENDANT, CITY OF BOSTON
>Merita A. Hopkins
>Corporation Counsel
>By its attorney,
>
>*/s/ Helen G. Litsas*
>Helen G. Litsas
>Assistant Corporation Counsel
>BBO# 644848
>Thomas R. Donohue
>Assistant Corporation Counsel
>BBO# 643483
>City of Boston Law Department
>Room 615, Boston City Hall
>Boston, Massachusetts 02201
>(617) 635-4023 (Litsas)
>(617) 635-4039 (Donohue)

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that I served the Defendant, City of Boston's Notice of Removal upon the Plaintiff by mailing a copy, postage prepaid, to:

>Marlow Williams No. 0303857
>Suffolk County House of Correction
>20 Bradston Street
>Boston, MA 02108

11/4/04
**Date**

4