UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.,
    Plaintiff.

v.

GRANT CALLENDAR, OTIS
HAREWOOK, GREG LONG,
BRIAN ALBERT, EDWARD
MEADE, JOHN CONROY, AND
THE CITY OF BOSTON,
    Defendants.

**DEFENDANT CITY OF BOSTON'S MOTION TO EXTEND TIME TO FILE A
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT, FOR ALL
DEFENDANTS**

Now comes the defendant, City of Boston ("the City"), on behalf of all defendants, and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to file responsive pleadings to the plaintiff's complaint.  As grounds for its motion, the City states:

1.   Pro se plaintiff, Marlow Williams, Sr. ("the plaintiff"), filed a complaint alleging a litany of claims, including civil rights violations, against six Boston Police Officers and the City of Boston.

2.   Upon information and belief, the City is the only defendant that has been properly served.

3.   Requests for representation are still pending for two Boston Police Officers.

4.  The defendants require additional time to investigate and draft appropriate responses to the plaintiff's complaint.

5.  The City, on behalf of all defendants, requests an extension of 20 days, until <u>November 29, 2004</u>, to file responsive pleadings to the plaintiff's complaint.

6.  Allowing this motion will not prejudice any party to this action, and permitting the defendants additional time to file responsive pleadings will further the interests of justice.

WHEREFORE:  The defendant, City of Boston, respectfully requests this Honorable Court allow its motion to extend time to file responsive pleadings, for all defendants, and set the date for responsive pleadings to be due on or before **<u>November 29, 2004</u>**.

                                Respectfully submitted,
                                DEFENDANT, CITY OF BOSTON
                                Merita A. Hopkins
                                Corporation Counsel
                                By its attorneys:


                                <u>/s/ Thomas R. Donohue</u>
                                Thomas R. Donohue BBO #643483
                                Helen G. Litsas, BBO #644848
                                Assistant Corporation Counsel
                                City of Boston Law Department
                                Room 615, City Hall
                                Boston, MA 02201
                                (617) 635-4039 – Donohue
                                (617) 635-4023 - Litsas

## CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents upon: the pro se plaintiff, Marlow Williams, Sr., Booking No. 0303857, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118, by postage prepaid, first class, U.S. Mail.

11/9/04                    /s/ Thomas R. Donohue
Date                          Thomas R. Donohue