UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.,
    Plaintiff.

v.

GRANT CALLENDAR, OTIS HAREWOOK, GREG LONG, BRIAN ALBERT, EDWARD MEADE, JOHN CONROY, AND THE CITY OF BOSTON,
    Defendants.

**ALL DEFENDANTS' MOTION TO EXTEND TIME FOR 4 DAYS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6(B).**

Now come the defendants, Boston Police Officers Grant Callender, Otis Harewood, Greg Long, Brian Albert, Edward Meade, John Conroy, and the City of Boston ("the defendants") and respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to file responsive pleadings to the plaintiff's complaint. As grounds for their motion, the defendants state:

1.    Pro se plaintiff, Marlow Williams, Sr. ("the plaintiff"), filed a nineteen (19) count complaint against six Boston Police Officers and the City of Boston alleging civil right violations.

2.    Upon information and belief, the City is the only defendant that has been properly served.

3.  Assistant Corporation Counsel Thomas R. Donohue and Helen G. Litsas have been assigned to represent the City of Boston and its six officers but require additional time to investigate and draft appropriate responses to the plaintiff's complaint.

4.  The defendants, request an extension of <u>4 days</u>, until <u>December 3, 2004</u>, to file responsive pleadings to the plaintiff's complaint.

5.  Allowing this motion will not prejudice any party to this action, and permitting the defendants additional time to file responsive pleadings will further the interests of justice.

WHEREFORE:  The defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings and set the date for responsive pleadings to be due on or before **December 3, 2004**.

        Respectfully submitted,
        DEFENDANT, CITY OF BOSTON
        Merita A. Hopkins
        Corporation Counsel
        By its attorneys:

        <u>/s/ Thomas R. Donohue</u>
        Thomas R. Donohue BBO #643483
        Helen G. Litsas, BBO #644848
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4039 – Donohue
        (617) 635-4023 – Litsas

**CERTIFICATE OF SERVICE**

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents upon: the pro se plaintiff, Marlow Williams, Sr., Booking No. 0303857, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118, by postage prepaid, first class, U.S. Mail.

<u>11/29/04</u>          <u>/s/ Thomas R. Donohue</u>
Date                Thomas R. Donohue