## JURY SESSION

DATE: 2/19/03

DOCKET NO: 0307CR0742

OFFENSE: Resist Arrest - (2/4/03)

### COMMONWEALTH

v.

Marlow L. Williams

VERDICT SLIP:

1. ( ) NOT GUILTY

2. (✓) GUILTY -- OFFENSE AS CHARGED

_____
Foreperson of Jury