

**Supreme Judicial Court and Appeals Court of Massachusetts** 
**Public Case Information**

- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

## APPEALS COURT
### Panel Cases
### Case Docket

**COMMONWEALTH vs. MARLOW L. WILLIAMS**
2004-P-1093

### CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | No briefs yet | Status Date | 10/08/2004 |
| Nature | CRIMINAL | Entry Date | 08/09/2004 |
| Sub-Nature | Poss drug to distr CL D, et al | SJ Number | |
| Appellant | Defendant | Case Type | Criminal |
| Brief Status | Awaiting blue brief | Brief Due | 12/27/2004 |
| Panel | | Argued/Submitted | |
| Citation | | Decision Date | |
| Lower Court | Dorchester District, SU | TC Number | |
| Lower Ct Judge | James W. Coffey, J. | TC Entry Date | 01/30/2003 |

### INVOLVED PARTY / ATTORNEY APPEARANCE

**Commonwealth**
Plaintiff/Appellee
Awaiting red brief

John P. Zanini, A.D.A.

**Marlow L. Williams**
Defendant/Appellant
Awaiting blue brief
3 Extensions, 98 Days

Christopher L. Maclachlan, Esquire

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 08/09/2004 | | Transcripts received: vols: 3; sets: 2 in Clerk's envelope. |
| 08/09/2004 | #1 | Entered. |
| 08/17/2004 | #2 | Appearance of Christopher L. Maclachlan, Esquire for Marlow L. Williams. |
| 09/13/2004 | #3 | MOTION to extend brief & appendix due date, filed by Marlow L. Williams. |
| 09/14/2004 | | RE#3: Appellate proceedings STAYED to 10/08/04. Status report due 10/8/04 to indicate that trial counsel have completed their stipulation. |
| 10/08/2004 | #4 | Stipulation regarding certain unintelligible portions of the trial cassette, filed by Commonwealth and Marlow Williams. |
| 10/13/2004 | | RE#4: The within stipulation is approved. A copy shall be filed in the trial court and in the appellant's record appendix. The stay of appellate proceedings is vacated and the defendant's brief is due on 11/22/04. (Kafker, J.) Notice/Attest/Coffey, J. |
| 11/16/2004 | #5 | MOTION to extend brief & appendix due date, filed by Marlow L. |

| | 11/16/2004 | Williams. RE#5: Extension to 12/27/2004 granted for filing of brief of Marlow L. Williams, Defendant/Appellant. No further enlargements. (Berry, J.) *Notice. |

≤ Top

As of 11/18/2004 01:0:

© 2001 RSI