UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.,
    Plaintiff.

v.

GRANT CALLENDAR, OTIS HAREWOOK, GREG LONG, BRIAN ALBERT, EDWARD MEADE, JOHN CONROY, AND THE CITY OF BOSTON,
    Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I, Helen G. Litsas, was unable to communicate with pro se plaintiff, Marlow Williams, Sr., regarding Defendants Grant Callender, Otis Harewood, Greg Long, Brian Albert, Edward Meade, John Conroy, and the City of Boston's Motion to Dismiss Plaintiff's Complaint Purusuant to Fed. R. Civ. 12(b)(6) due to plaintiff's current incarceration in Suffolk County House of Correction. Therefore, we were unable to resolve or narrow the issue prior to filing the above motion.

        Respectfully submitted,
        DEFENDANT, CITY OF BOSTON
        Merita A. Hopkins
        Corporation Counsel
        By its attorneys:


/s/ Helen G. Litsas
Helen G. Litsas, BBO #644848
Thomas R. Donohue BBO #643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 – Litsas
(617) 635-4039 – Donohue


CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents, including the Defendants Grant Callender, Otis Harewood, Greg Long, Brian Albert, Edward Meade, John Conroy, and the City of Boston's Motion to Dismiss Plaintiff's Complaint Purusuant to Fed. R. Civ. 12(b)(6) and Memorandum of Law upon: the pro se plaintiff, Marlow Williams, Sr., Booking No. 0303857, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118, by postage prepaid, first class, U.S. Mail.

12/3/04      /s/ Helen G. Litsas
Date        Helen G. Litsas