Marlow Williams Sr.
201 Poplar Ave
Memphis, TN.
38103

(In Reference to Civil Action No. 04-12346 MLW)

To: Whom it may concern.
RE: Notification of change of address.

Sir/Maddam;

This letter is to notify you of my temporary change of address. My current address of 20 Bradston St. Boston, Ma. 02118 doesn't forward mail. So I am sending you this letter so that if you need to contact me between the months of Dec, 2004 to around or about April, 2005, you can do so at the address above.

If any other changes are made I will be sure to notify you.

-Thank You,

Marlow Williams Sr.