(PRO SE PLAINTIFF) #04139052
MARLOW WILLIAMS SR.
20 BRADSTON ST.         201 POPLAR AVE
BOSTON MA. 02118   OR   MEMPHIS TN. 38103

FILED
CLERKS OFFICE
05 MAR 17 P 2:58
DISTRICT COURT
DISTRICT OF MASS

date

U.S.D.C.
office of the Clerk.

RE: Marlow Williams v. City of Boston et al.
U.S.D.C (Mass.), Civil Action No. 04-12346 MLW

Dear Clerk,

I wrote you back in Dec. informing the court that I would be in Memphis TN. up until around March 05. Well, it appears that I may be held down here a while longer. I'm sending the defendants lawyers a copy of this letter informing them of this situation. Sorry for the inconvenience.

Thank you for your attention to this matter. Please don't hesitate to contact me should you have any questions or concerns.

Sincerely,

Marlow L. Williams SR.
(Pro se)