Marlow Williams SPI#0413905 2
201 Poplar Ave  2 13
Memphis, TN. 38103

July 22, 2003

Civil Clerk's Office
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA. 02210

RE: Marlow Williams v. City of Boston, et. al
Case No. 04-12346 MLW

Dear Sir/Madam

Can you please send me the current status of this case. I am currently still in Memphis TN. awaiting trial & would like to know where the case stands. Before I left Boston MA., the last thing that was done in the case was the Defendants filed a Motion for Dismissal, and I filed a Memorandum of law in opposition of their Motion for Dismissal. Has anything else transpired since then? And, do I need to ask the court for an extention of time for anything while I'm still down here. I expect to be back within 2 months. Please respond at your earliest conveniece. Thank you.

Marlow Williams