UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARLOW WILLIAMS**                              **CIVIL CASE**
                                                 **NO. 04-12346-MLW**

        **V.**

**CITY OF BOSTON et al**
        **Defendant(s)**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for **SEPTEMBER 14, 2005** at **3:00 P.M.** before Judge **Wolf**, has been has been RESCHEDULED for **SEPTEMBER 14, 2005** at **3:30 PM** in courtroom 10 on the 5th floor.

        SARAH A. THORNTON
        CLERK OF COURT

**August 25, 2005**            By:   **/s/ Dennis O'Leary**
**Date**                              **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]