UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS SR.,
   PLAINTIFF  Pro Se

v.

GRANT CALLENDAR, OTIS
HAREWOOD, GREG LONG
BRIAN ALBERT, EDWARD
MEADE, JOHN CONROY, AND
THE CITY OF BOSTON,
   DEFENDANTS

PLAINTIFF'S (MARLOW WILLIAMS SR.) Motion To Extend Time To Appear In Court In Accordance With FED. R. Civ. P. 16(b) and Local Rule 16.1 FOR THIRTY DAYS (30) DUE TO Engagement In TRIAL ON September 6, 2005 IN MEMPHIS TENNESSEE

Now comes the pro se plaintiff, Marlow Williams SR, and respectfully moves this Honorable Court, pursuant to Fed R. Civ. P. 6(b) for an extension of time to appear in court for a scheduled Motion Hearing set for September 14, 2005. As grounds for his motion, the plaintiff states:

1. An initial scheduling conference is scheduled to be held in courtroom No. 10 on the 5th floor at 3:00 p.m. on September 14, 2005, in accordance with Fed. R. Civ. P. 16(b) and local Rule 16.1.

2. The pro se plaintiff is currently in custody, and awaiting trial in Memphis Tennessee on unrelated charges.

3. The plaintiffs next trial date is set for September 6, 2005 in Memphis Tennessee.

4. Pro se Plaintiff is awaiting trial in Tennessee after having filed a request under the Interstate Agreement on Detainers. Under the Agreement, plaintiff will be returned to Massachusetts at the conclusion of the trial, regardless of the result at trial.

5. Pro se Plaintiff requests an extention of 30 days, until October 13, 2005 to have time to acquire a final disposition on unrelated charges in Tennessee, and to be transported back to the custody of Mass in order to appear in court.

6. Allowing this motion will not prejudice any party to this action, and permitting the plaintiff's additional time will further the interest of Justice.

Wherefore: The Pro Se Plaintiff, Marlow Williams Sr. respectfully requests this Honorable Court to allow his motion for extention of time and set the date to hear arguments on the Defendants Motion To Dismiss on or after October 13, 2005

Respectfully Submitted,
Pro se plaintiff
Marlow Williams Sr. #0413905 2
*Marlow Will Sr.* #0413905 2

CERTIFICATE OF SERVICE

I, Marlow L. Williams SR, hereby certify that on this date I served a copy of the foregoing documents upon: Assistant Corporation Counsel, Thomas Donohue BBO# 643483, City of Boston Law Department Room 615, City Hall Boston, MA 02201 by Postage Prepaid U.S. Mail.

8-22-05
Date

/s/ Marlow Williams SR. #64139052
Marlow Williams SR.