UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

| |
|---|
| MARLOW WILLIAMS, SR., <u>Plaintiff</u>.<br><br>v.<br><br>GRANT CALLENDAR, OTIS HAREWOOD, GREG LONG, BRIAN ALBERT, EDWARD MEADE, JOHN CONROY, AND THE CITY OF BOSTON, <u>Defendants</u>. |

**DEFENDANTS' MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B)**

NOW COME the Defendants, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for his motion, the Defendants state that:

1. Defendants' Answers are due on October 21, 2005;

2. Undersigned counsel requires additional time to draft Defendants' Answers to Plaintiffs' Complaint;

3. The Defendants request a brief one week extension until October 28, 2005, to file responses to Plaintiff's Complaint; and

4. Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file said Answers to Plaintiff's Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before October 28, 2005.

Respectfully submitted,
DEFENDANTS, GRANT CALLENDAR, OTIS HAREWOOD, GREG LONG, BRIAN ALBERT, EDWARD MEADE, JOHN CONROY, AND CITY OF BOSTON Merita A. Hopkins
Corporation Counsel
By its attorneys:


/s/ Helen G. Litsas
Helen G. Litsas, BBO #644848
Thomas R. Donohue BBO #643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 – Litsas
(617) 635-4039 – Donohue

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon: the pro se plaintiff, Marlow Williams, Sr., Marlow Williams, Sr., No. 04139052, 201 Poplar Avenue, Memphis, Tennessee 38103, by postage prepaid, first class, U.S. Mail.

10/21/05         /s/ Helen G. Litsas

Date             Helen G. Litsas