(Pro Se Plaintiff)
Marlow Williams Sr. #0413905 2
201 Poplar Ave.
Memphis, TN. 38103

DATE: 10/10/05

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: Marlow Williams V. City of Boston et al. Case No. 04-12346-MLW

Dear Sir/Madam,

I am writing because I'm concerned with the Scheduling order that I just received on today. Particularly #'s 3 and 4. Stating that the parties shall by "October 10, 2005 make the automatic document disclosure required by Local Rule 26.2(A), 26.1(B)(1) and (2). And if applicable, disclose the information required by Local Rule 35.1. Obviously there'll be a small delay on my part for the apparent reason. Also because I'll have to find out just what documents I must disclose according to these following rules. I've also written Mrs. Litsas for the defendants making her aware of this matter. Also, included is 2 copies of the Notated document (Printout), that I just received the Order of Denial of Defendants Motion to Dismiss, and Scheduling Order. Also, Can you correct the address on my current address. Instead of "21 Poplar Ave", can you make it "201 Poplar Ave." I apologize if I made that mistake in the past.

Thank you for your concern to this matter.

Sincerely,
(Pro Se) Marlow Will Sr.