United States District Court
District of Massachusetts

Civil Action
No. 04-12346-MLW

Marlow Williams SR.
         Plaintiff

v.

City of Boston et al
         Defendant(s)

---

Plaintiff Marlow Williams' motion to extend time to make the automatic document disclosure required by Local Rule 26.2 (A), Local Rule 26.1 (B) (1) and (2), and if applicable, the information required by Local Rule 35.1

---

Now comes the Plaintiff, Marlow Williams SR., and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to file and disclose the documents required by Local Rule 26.2 (A), 26.1 (B) (1) and (2), and if applicable, information required by Local Rule 35.1. On grounds for it's motion, the Plaintiff states:

1. The Defendant(s), City of Boston et al, filed a Motion to Dismiss the complaint made by the Plaintiff.

2. On September 30, 2005, that motion was denied by the Court, (Wolf, D.J.), and a scheduling order was also issued.

3. The deadline to disclose documents required by Local Rule 26.2(A), 26.1(B)(1) and (2), and if applicable, information required by Local Rule 35.1, was set for October 10, 2005.

4. The Plaintiff, Marlow Williams Sr., didn't receive the scheduling order until October 10, 2005. (see attached documents)

5. The plaintiff require additional time to draft the proper documentation and information according to the Fed. R. Civ. P..

6. The Plaintiff requests an extention of 20 days, until October 30, 2005, because of current incarceration and limited access to legal room, to disclose the proper documents and information.

7. Allowing this motion will not prejudice any party to this action, and permitting the Plaintiff additional time to disclose the proper documents and information will further the interest of Justice.

Wherefore: The Plaintiff, Marlow Williams Sr., respectfully requests that this Honorable Court allow its motion to extend time to disclose the proper documents and information, and set the date to disclose the proper documents and information to be due on or before October 30, 2005.

Respectfully Submitted,
Pro se, Plaintiff,
Marlow Williams Sr.

## Certificate Of Service

I, Pro se Plaintiff Marlow Williams Sr., Hereby certify that on this date I served a copy of the foregoing documents upon; defendant(s); City of Boston, et al attorneys Thomas R. Donahue BBO #643483, and Helen Litsas BBO #644248, Assistant Corporation Counsel, City of Boston Law Department Room 615, City Hall Boston, MA. 02201, by postage prepaid U.S. Mail.

(Pro se Plaintiff)
Marlow Williams Sr.
Marlow Will Sr.

10/13/05
DATE