United States District Court
District of Massachusetts

Marlow Williams Sr.
Plaintiff

v.

City of Boston et al
Defendants

Civil Action
No. 04-12346-MLW

## Witnesses to be Subpoenaed for the Plaintiff

1. Herman Walker of 36 Coleman St. Boston, MA. 02122
   Mr. Walker is the owner of the home where the "Plaintiff's" allegations occurred on Feb. 4, 2003, and was present at the time of the incident, and witnessed this assault.

2. Edward Payne of 38 Coleman St. Boston, MA. 02122
   Mr. Payne is the son of Mr. Walker, and also lived at the home. He was present on Feb. 4, 2003 at the time of the incident, and witnessed this assault.

3. David Vincent of 345 Quincy St. Dorchester, MA. 02122
   Mr. Vincent is a close friend of Mr. Walker and was also arrested on Feb. 4, 2003. He was present at the time of the incident and witnessed this assault on Mr. Williams.

4. The Plaintiff's expert witnesses shall be designated by July 1, 2006.

Respectfully Submitted,
Pro Se Plaintiff,
Marlow Williams Sr.

Marlow Williams Sr.

| Date | Name / ID | Attorney / Address |
|---|---|---|
| 10/7/05 | Kendrick Lurey 599193Y 2C7 | Nelle W. Palmer Gen Sessions Ste 201 |
| | Terry Bell 5127057 4LC6 | Court of Criminal Appeals Supreme Court Bldg. #6 Hwy 45 bypass POBx 909 Jackson TN 38302 |
| 10/10/05 | Edward Barnes 5128955 5A2 | Amy Mayne, P.D |
| | Melvin Elam 5106331 QEC15 | Amy Mayne, P.D. |
| | Marlow Williams 4139052 1B7 | U.S. District Court 1 Courthouse Way Ste 2300 Boston MA 02210 |
| | Brian Harris 5111044 1F11 | Wharton Firm Ste 1205, 147 Jefferson Ave |
| | Gerald Berry 5115749 6A10 | J Patten Brown III, Asst Fed Def Federal Public Def. 200 Jefferson Ave Ste 200 |
| | Kascey Campbell 3120813 1F7 | L. Sue Burrow Asst P.D |
| | Christopher Smith 5104372 1G14 | Atty Glenda Adams |

```
:: 10/13/05 :: 04:13:06 ::: BROWSE RESIDENT HISTORY ::::::::::::::: JS445OL :::
: 04      Booking # 04139052                          Fac  Flr  Pod Cell Bed:
:         Name(L,F): WILLIAMS              , MARLOW    01   01   B   07   U  :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
:                Start Date: 12/19/2004    End Date: 10/13/2005  Type: OTHR  :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
: Date         Time  Type   Destination              Operator         Comments:
:::::::::::    :::::  ::::   :::::::::::::::::::::::   :::::::::::::::::  ::::::::
:                                                                            :
:10/10/2005   20:51 OTHR   LEGAL MAIL SIGNED FOR     TODD                 Y  :
:10/06/2005   15:52 OTHR   INFORMATIONAL PURPOSES    MIMS                 Y  :
:10/06/2005   11:21 OTHR   INFORMATION               CLEMONS              Y  :
:10/06::          ::           :::::::: HISTORY COMMENTS :::::::::::: JS446OL :::
:10/04:    02                                                                :
:10/03: Comments:                                                            :
:09/30: U.S. DISTRICT COURT:SENDER                                           :
:09/30: MARLON WILLIAMS: RECIPIENT                                           :
:09/30: DATE SIGNED FOR 10-10-05                                             :
:09/28:                                                                      :
:      :                                                                     :
:::::::                                                                      :
:        :::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
: ESC=: ESC=Back         F9/Alt-F9=Help          F12=Menu      Sh-F12=Logoff :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
```



```
Enter Emergency Patient       PA:    61264043
Admit Dt/Tm: 02/04/03  15:27  Hosp Svc: EAA           MR #:     2087716
ExpAr Dt/Tm:
Nurs  St:        Rm/Bed:               Pt Sts: ET PT Type: E
------ Patient Allergy Information In System As Of  02/04/03  15:27 -----


------------------- Patient Demographic Information -------------------
Name: WILLIAMS ,MARLOW                               SSN: 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
Addr: 8 LYFORD ST #3            Addr2:

City: DORCHESTER          St: MA  City:                         St:
Zip: 02124-       Ph: 617-822-0724   Zip:           Ph:
DOB: 09/19/1976        Adm Sc: EO Adm Pr: X Arr Md: A
Age: 26 Sex: M                                  Disaster#:      Pos ID: N
Lang: ENGLISH                    DX/CC/PR:
Interp Needed: N
Race: 2    MS: S  Rel: UNK             RFV: D   MEDICAL VISIT
Adv directive executed:         Adv directive provided:
Comments: D/I VER 2/4/03 KS
---------------------Physician/Transfer Information--------------------
Atn Dr: STEPHEN, JAMES          Res Dr:
Ref Dr:                         PCP:    NONE
Ref Add:                        PCP Add:

Ph:              Fx:            Ph:    -   -    Fx:    -   -
Trf Facility:                   Trf Tel No:
-------------------- Primary Contact Information ----------------------
Name:   NO ,ONE                 Rel To Patient: U   UNKNOWN
Addr:
City:                St:   Zip:
Hme Ph:              Work Ph:             Ext:
           Secondary Contact Information
Name:                           Rel To Patient:
Hme Ph:              Work Ph:             Ext:
-------------------- Guarantor Information ----------------------------
Lst Name: WILLIAMS       First Name: MARLOW       Rel To Pat: S
Addr:   8 LYFORD ST #3      -                       SELF
City:   DORCHESTER       St: MA Zip: 02124-  Ph: 617-822-0724
Employr: UNEMPLOYED      Ph:              Ext:
Addr:
City:                St:   Zip:
-------------------- Employer Information ----------------------------
Empl: UNEMPLOYED                Occupation: UNEMPLOYED
Addr:
City:                St:   Zip:           Ph:
-------------------- Insurance Information ---------------------------
1) PATIENT PAY       Cd: P50 Pri: 1  2)           Cd:      Pri:
Pol #:  1                            Pol #:
Grp #:                               Grp #:
Auth#:                               Auth#:
Subscr: WILLIAMS ,MARLOW             Subscr:
Sub SSN: 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 Rel: SELF       Sub SSN:              Rel
Ph:   -   -    Cert:                 Ph:    -   -    Cert:
3)                   Cd:     Pri:
Pol #:
Grp #:
Auth#:
Subscr:
Sub SSN:             Rel:
Ph:   -   -    Cert:
Prereg/Reg/Preadm/Adm by:       / KXS112 /      /

                                            15:27 02/04/03 FROM 6YEL,LIFN
```



**Tufts-New England Medical Center**
830 Washington Street
Boston, Massachusetts 02111
Telephone (617) 636-5566

208  17  1h   OBS
AC  61264043
WILLIAMS, MARLOW
EAA, STEPHEN, JAMES
09/19/1976   M
02/04/03

## EMERGENCY DEPARTMENT ADULT NURSING FLOW SHEET

**PATIENT NAME:** Marlow William   **M/F:** M   **AGE:** 26   **DOB:** 09-19-76

**TIME TRIAGE:** 150   **DATE:** 02-04-03   **MOA:** H+H   **PRIVATE PHYSICIAN:** —   **FAMILY PRESENT:** □

**PRESENTING COMPLAINT:** cc: facial lac. + (R) eyebrow + facial hematoma.

**NURSING ASSESSMENT:** pt involved in altercation. ⊘LOC; ⊘ neuro deficit ⊘ evidence of ETOH. Denies neck, upper back pain. Does c/o LS pain. (pt acc. by BPD — under arrest)

**LAST TETANUS:** Nov '02   **LMP:** —   **G:** —   **P:** —   **AB:** —

□ DV Screen   **WEIGHT:** —   **HEIGHT:** —   **O2 SAT:** 98%

**PRESENT MEDICATIONS:** ⊘   **ALLERGIES:** NKDA

**TIME:** 1508   **BP:** 132/75   **HR:** 85   **RR:** 18   **T:** 36.6

**PERTINENT MEDICAL HISTORY:** ⊘

Pain scale: Hurts Little More (circled)

**ACUITY:** 3 (circled)   **SERVICE:** ADULT ☑   **TRIAGE R.N. SIGNATURE:** R. M—, RN

### PRIMARY ASSESSMENT

**AIRWAY:** ☑ PATENT
**C-SPINE:** ☑ NO PAIN / DISABILITY
**BREATHING:** ☑ WNL
**CIRCULATION:** ☑ WNL
**DISABILITY / NEURO:** ☑ NONE

### SECONDARY ASSESSMENT

**HEAD/EENT:** VISUAL ACUITY R 20/20
(R) eye - swelling noted
☑ SWELLING

**CHEST:** — 

**ABDOMEN:** ☑ WNL

**GU/GYN:** ☑ WNL

**EXTREMITIES:** ☑ WNL

**PSYCHOSOCIAL:** ☑ WNL
☑ DV SCREEN DONE

☑ FHS

**SIGNATURE:** R. M—, RN   **DATE:** 02-04-03

- [ ] ICD code
- [ ] Chart Done
- [ ] Secretary initials ___
- [ ] Discharge time ___

**NEURO/PSYCH**
- ✓ oriented x3
- ✓ mood / affect nml
- ✓ no sensory / motor deficit
- ✓ CN's intact as tested

___ slow / disoriented ___
___ confused / obtunded ___
___ weakness / sensory loss ___
___ facial droop / EOM palsy / anisocoria
___ abnormal gait ___
    antalgic  ataxic ___

**CHEST**
- ✓ non tender

**ABDOMEN**
- ✓ non tender

**EXTREMITIES**
- ✓ non tender

**Wound Description/Repair**
length 1.75 cm   location (R) Eyebrow
___ superficial  ✓ linear  ___ stellate  ___ contused tissue
___ SQ  ___ irregular  ___ through-and-through
___ muscle  ___ flap  ___ lip laceration
___ clean  ___ contaminated  minimally / moderately / *heavily

**distal NV:** ___ neurovascular status intact

**anesthesia:** (local)  ___ LET / TAC  ___ cc
✓ lidoc (1% 2%) (epi) / bicarb  ___ marcaine .25% .5%

**prep:**
___ Shur-Clens / Betadine  ___ debrided
✓ irrigated / washed with saline  minimal / ^mod. / ^extensive
  minimal / (mod.) / extensive  ___ undermined
___ wound explored  minimal / mod. / ^extensive
___ foreign material removed  ___ wound margins revised
  partially  completely  ___ *vermilion border aligned
minimal / mod. / *extensive  ___ multiple flaps aligned
                              Ethilon

**repair:** Wound closed with: wound adhesive / steri-strips ___
SKIN-  # 4   6 -0  (nylon) / prolene / staples ___
*SUBCU-  # ___   ___ -0  vicryl / PDS ___

*may indicate intermediate repair  ^may indicate intermediate or complex repair

CT Scan head - Ø fracture, Ø Air-Fluid
levels in Sinuses
Some STS over sinuses
Given Laceration Care sheet, head
injury sheet. Return in 5 days for S/R
Brian nu neuro                    (MD)/DO/PA
    Resident or PA                              neuro

**FACULTY:** ___ pt seen / examined  ✓ resident's hx reviewed
HX: PT ARRIVES VIA EMS s/o FACIAL
INJURY FROM FISTICUFFS. Ø LOC
PX: WDWN BOY NAD ALERT
(+) LAC (R) EYEBROW AREA. (+) CONTU
SUPRAORBITAL RIM. CT (-)

___ referred to / discussed with Dr. ___
  will see patient in:  office / ED / hospital  in ___ days
___ Rx given ___

**CLINICAL IMPRESSION:**

| (Contusion 3) | (Laceration 2) | Concussion |
|---|---|---|
| Hematoma | scalp    lip | with LOC |
| head  ORBIT. | forehead  buccal | without LOC |
| facial | (facial)  chin |  |
| nose | periorbital  ear | Acute Cervical |
| chin | nose |  Myofascial Strain |
| mouth |  |  |

(1) ACUTE TRAUMA EXAM

**DISPOSITION-** ✓ home  ☐ admitted  ☐ transferred
**TIME** ___
**CONDITION-** ☐ unchanged  ✓ improved  ☐ stable

    _VM Stephennn_ MD/DO
        Attending

☐ Addendum   ✓ Template Completed

**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist

**C-Spine**
___ nml / NAD
___ no fracture
___ alignment
___ soft tissues nml
___ reversal / straightening of cerv. lordosis ___
___ DJD / spondylosis / spurring ___

**Facial Series**
___ nml / NAD
___ no fracture
___ soft tissues nml
___ sinuses nml
___ soft-tissue swelling ___
___ max. sinus opacification / air-fluid level ___

**Other**  ☐ See separate report

**CT SCAN**
___ normal

**PROCEDURES and PROGRESS:**

Facial Injury - 03

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**New England Medical Center**
*A Lifespan Partner*                                03

750 Washington Street
Boston, Massachusetts 02111
Telephone: (617) 636-5000

**EMERGENCY PHYSICIAN RECORD**
**Facial or Head Injury** (4)

02 04 03

```
208   77   1b
AC  61264043
WILLIAMS, MARLOW
EAA STEPHEN, JAMES
09/19/1976    M
02/04/03
```

TIME SEEN: 4:15    ROOM: OBS    ✓ EMS Arrival
HISTORIAN: ✓patient __spouse ✓paramedics
AGE: 26
__HX / __EXAM LIMITED BY: _____

**HPI**  chief complaint:  injury to:
✓head  __face  mouth / lip / chin / nose  __neck

**occurred:**
✓just prior to arrival
__today
__yesterday
____ days PTA

**where:**
__home        __school
__neighbor's  __city park
__work        __street
Altercation

**context:**
__fell  __direct blow  __incised wound  __stab wound  __burn
? Fall  ? hit c object

**LOC?** __no  __dazed  ✓yes  duration: brief second
**IF YES,** remembers:  ✓injury  ✓coming to hospital

**ROS**  __vomiting  __headache  __neck pain

**PAST HISTORY**  ✓negative

Meds- ✓none / __see nurses note
Allergies- ✓NKDA / __see nurses note
☑ Nurses note reviewed  ☐ Tetanus immun. current  ☑ Vital signs reviewed

**PHYSICAL EXAM**  ✓Alert  __Lethargic
Distress- ✓NAD  __mild  __moderate  __severe
Other- __c-collar ( PTA / in ED )  __back-board  __IV  __splint

**HEAD**
Laceration   Swell   Swell

**NECK**
✓non-tender    __see diagram
✓painless ROM  __vertebral point-tenderness

**EYES**
__lids / conjunctivae normal
✓PERRL
✓EOMI

__periorbital hematoma
__subconjunctival hemorrhage
__foreign body
__corneal abrasion
__hyphema
__retinal detachment
__unequal pupils
  R pupil ___mm  L pupil ___mm

**ENT**
✓normal external
✓pharynx nml
✓no injury to teeth lips or gums

__hemotympanum
__nasal septal hematoma
__TM obscured by wax
__clotted nasal blood
__dental injury
__dental malocclusion

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration  A=Abrasion  M=Muscle spasm
PW=puncture wound  (∅=without  m=mild  mod=moderate  sv=severe)
Example- Tsv = Tenderness on palpation (severe)

| VITAL SIGNS | | | | | | MEDICATIONS | ASSESSMENT / INTERVENTION |
|---|---|---|---|---|---|---|---|
| Time | Temp | Pulse | Resp | BP | O₂Sat | Drug | Time in Room 1510 |
| 1510 | | | | | | | Pt. to Rm. Obs. J. MD to eval. Pt. handcuffed + 4 BPD officers c̄ pt. ~ BA RN |
| 1630 | | 84 | 18 | 134/76 | | | Visual acuity done. T.O. + UTD. MD in room c̄ pt. to suture lac. BA RN |
| 1745 | | | | | | | Pt. to CT for (R) orbit scan. acc. by BPD officer ~ BA RN |
| 1810 | | 82 | 18 | 108/59 | | | Pt. back from CT. ~ BA RN |

| IV THERAPY | | | | | | | INTAKE | | OUTPUT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IV #1 | | | IV #2 | | | | | | | | |
| Time | Site | Type | Rate | Amt ↑ | Amt ABS ↓ | Additive | Time | PO Amount | Urine | Stool | Ng/Emesis |
| | | | | | | | | | | | |
| TOTAL | | | | | | | TOTAL | | | | |

MODE OF DISCHARGE: ☐ WALK   ☐ W/C   ☐ CARRY   ☐ STRETCHER   TIME _____   RN NOTE COMPLETE ☐

0 No Hurt | 2 Hurts Little Bit | 4 Hurts Little More | 6 Hurts Even More | 8 Hurts Whole Lot | 10 Hurts Worst

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| BM | B.M. ___, RN | | | | |

# Tufts-New England Medical Center

The Walter M. and Dorsey S. Cabot Emergency Department

Weight: _____ kg

Allergies:

208 77 1b
AC 61264043
WILL PATIENT INFO MARLOW
IAA STEPHEN, JAMES
09/19/1976    M
02/04/03

## EMERGENCY DEPARTMENT ORDERS

| MD/PA Initials /Time | Medication or IV Fluids | RN Initials /Time | Sec Initials /Time | MD/PA Initials /Time | Labs/Tests/Other Orders | RN Initials /Time | Sec Initials /Time |
|---|---|---|---|---|---|---|---|
| | ☐ IV Solution _____ | | | | ☐ CBC  ☐ Diff | | |
| | ☐ Add to 1st/every liter: ____ ____ | | | | ☐ LBCG  ☐ LFTs  ☐ Amylase | | |
| | ☐ Bolus: _____ cc | | | | ☐ Urine Dip ☐ UA ☐ Urine C&S ☐ UCG | | |
| | ☐ then rate: ____ cc/hr; Total: ___ | | | | ☐ CPK  ☐ CK-MB  ☐ Troponin | | |
| | ☐ Saline Lock | | | | ☐ PT/INR  ☐ PTT | | |
| | ☐ Td | | | | ☐ Blood C&S # sets: _____ | | |
| | Other Medications or Fluids: | | | | ☐ Urine Tox ☐ Serum Tox ☐ EtOH | | |
| | | | | | ☐ Other Drug Levels: _____ | | |
| | | | | | ☐ Rapid Strep ☐ Other C&S: _____ | | |
| | | | | | ☐ FS HgB  ☐ FS Glucose | | |
| | | | | | ☐ Blood Bank Tests: | | |
| | | | | | Other Labs: | | |
| JMS | CT (R) ORBIT | BA 1630 | BB 1625 | | ☐ ECG indication:  ☐ Card Monitor | | |
| | | | | | ☐ Pulse Ox | | |
| | | | | | ☐ O₂ _____ liters; mode _____ | | |
| | | | | | ☐ CXR indication:  ☐ Port | | |
| | | | | | ☐ C-Spine indication:  ☐ Port | | |
| | | | | | Other X-Rays: | | |
| | | | | | ☐ Ace Wrap  ☐ "Air Cast" type splint | | |
| | | | | | ☐ Crutches  ☐ Cane  ☐ Cast Shoe | | |
| | | | | | ☐ Knee Immob ☐ Sling ☐ Wrist Splint | | |
| | | | | | ☐ Admit to ED Obs ☐ See Add'l Orders | | |

Signature log:

| init | signature | init | signature |
|---|---|---|---|
| JMS | JM Stephen MD | | |
| BA | Bela A. M. | RN | |

N-555 Rev. 12/02 To reorder call T-NEMC Copy Center x-5373.

**Tufts-New England Medical Center**

Emergency Department
750 Washington Street
Boston, MA 02111
(617) 636-5566

**PATIENT INSTRUCTION SHEET**

208 77 16
AC 61264043
WILLIAMS, HARLOW
FAA STEPHEN, JAMES
02/19/1976        M
02/04/03

.2 04 03

(PATIENT IDENTIFICATION)

| MEDICINES PRESCRIBED | DIRECTIONS | # IN R$_x$ | REFILLS | # TO TAKE HOME |
|---|---|---|---|---|
| Tylenol 650mg | Take 2 now | → #2 | | |

**FOLLOW UP WITH:**
- ☐ YOUR REGULAR DOCTOR OR CLINIC
- ☐ THROUGH YOUR HMO
- ☐ RETURN TO OUR EMERGENCY DEPT.
- ☐ SEE NEMCH PHONE LISTING
- ☐ OTHER _____

**WHEN YOU SHOULD FOLLOW UP:**
- ☐ TOMORROW
- ☐ CALL NEXT BUSINESS DAY TO ARRANGE APPOINTMENT
- ☐ CALL NEXT BUSINESS DAY TO TALK WITH DOCTOR
- ☐ FOR ROUTINE FOLLOW UP
- ☐ IF NOT FEELING BETTER WITHIN ___ DAYS
- ☐ OTHER _____

\*\* MANY INSURANCE COMPANIES REQUIRE A REFERRAL BEFORE YOU SEE ANYONE BESIDES YOUR PCP; PLEASE CONTACT YOUR PCP \*\*

**ADDITIONAL INSTRUCTIONS**  FOLLOW INSTRUCTION SHEETS
RETURN IF PROBLEMS

THE FOLLOWING HEALTH CARE PROVIDER(S) WERE CONTACTED: _____
☐ FAX; ☐ PHONE; ☐ E-MAIL; ☐ OTHER

ADDITIONAL INSTRUCTION SHEETS GIVEN _____

**WORK/ACTIVITY RECOMMENDED**
- ☐ RETURN TO FULL WORK, NO RESTRICTIONS
- ☐ MODIFIED WORK, WITH RESTRICTIONS, FOR ___ DAYS
  - ☐ NO LIFTING    ☐ NO LIFTING MORE THAN ___ LBS.
  - ☐ NO CLIMBING/BENDING/STOOPING
  - ☐ NO STANDING/WALKING
  - ☐ NO DRIVING OR OPERATING MACHINERY
  - ☐ LIMITED USE OF: _____
- ☐ OUT OF WORK/SCHOOL FOR ___ DAYS

**NEMCH PHONE NUMBERS**
(USUALLY MON. – FRI., 8:30 a.m. – 4:30 p.m.)

**PRIMARY CARE**
PAIN MANAGEMENT..........................636-7246
GENERAL MEDICAL ASSOCIATES (GMA) 636-9770
GENERAL PEDIATRICS.................. 636-5255
OB/GYN .................................. 636-5886
**SPECIALITY CARE**
ORTHOPEDICS ........................ 636-5268
HAND SURGERY ...................... 636-5682
EAR/NOSE/THROAT................... 636-5496
OPHTHALMOLOGY.................... 636-5743
DERMATOLOGY ...................... 636-0156
GENERAL SURGERY ................ 636-6318
UROLOGY ............................... 636-6317
DENTISTRY ............................. 636-5472
NEUROLOGY ........................... 636-5848
REHAB. MED ........................... 636-5634
OTHER _____ --- 636-
MAIN HOSPITAL NUMBER .......... 636-5000

WE APPRECIATE THAT YOU CHOSE NEW ENGLAND MEDICAL CENTER FOR YOUR CARE. BECAUSE THE EVALUATION AND TREATMENT YOU RECEIVED TODAY WAS PROVIDED ON AN EMERGENCY BASIS, WE RECOMMEND THAT YOU FOLLOW TODAY'S VISIT BY CONTACTING YOUR PRIMARY CARE PROVIDER (PCP) FOR FURTHER CARE. IF YOU NEED A REFERRAL TO A PCP PLEASE ASK US TO HELP. CALL AND/OR SEE YOUR PCP AS SOON AS POSSIBLE, AS WELL AS ANY SPECIALISTS WE HAVE RECOMMENDED. IF THERE ARE ANY DIFFICULTIES REACHING YOUR PCP OR SPECIALIST, OR YOUR CONDITION UNEXPECTEDLY WORSENS, PLEASE CALL US, RETURN, OR SEEK MEDICAL ATTENTION AT YOUR CLOSEST EMERGENCY DEPARTMENT. WE ARE AVAILABLE TO SERVE YOU 24 HOURS A DAY.

IF YOU HAD X-RAYS THEY WILL BE REVIEWED BY A SPECIALIST WITHIN A FEW DAYS. IF THERE IS A CHANGE IN THE READING, OR IF UNEXPECTED FINDINGS IN OTHER TESTS DEVELOP, WE WILL ATTEMPT TO NOTIFY YOU. MAKE CERTAIN THAT WE HAVE YOUR CORRECT ADDRESS AND PHONE NUMBER.
FOR A COPY OF YOUR EMERGENCY RECORD CONTACT OUR MEDICAL RECORDS DEPARTMENT (636-6300) DURING REGULAR BUSINESS HOURS.

THESE INSTRUCTIONS HAVE BEEN EXPLAINED TO ME AND I UNDERSTAND THEM.

PATIENT (OR GUARDIAN) SIGNATURE: X _Harlow Williams_  (RELATIONSHIP)

STAFF MEMBER EXPLAINING INSTRUCTIONS: _____
DISCHARGE TIME: _____

Williams, Marlow            Sex:M            BD:09/19/1976         MR#:000002087716

**CT FACE W/O CONT**                                               Feb 04, 2003 22:02

```
C 573A-020403 CT ORBIT -SIGNED
**** FINAL DIAGNOSTIC REPORT *****         ***** FINAL DIAGNOSTIC REPORT
****

Patient Name: WILLIAMS,MARLOW
Med Rec #: 2087716
Referring Physician: STEPHEN,JAMES   311


Exam Date: 04-Feb-2003
Exam Status: SIGNED
Exam: CT ORBIT

Clinical data:
REASON 1: RIGHT ORBIT
REASON 2: R/O FX
REASON 3: BLUNT TRAUMA RIGHT EYE

Report:
CLINICAL HISTORY:  Trauma.

TECHNIQUE:  1 mm sequential axial and direct coronal imaging of
the orbits performed as per departmental protocol.

FINDINGS:   Minimal mucosal thickening is noted involving the
right frontal sinus.  A left frontal sinus osteoma is also seen.

No orbital fractures are identified on the available images.

The globes are intact.

Incidental note is made of a left nasal septal spur.

Soft tissue swelling is seen in the periorbital region, as well as
over the temporal areas, right greater than left.

Note is also made of a frontal sinus bulla.

Impression:
1.  Left frontal sinus osteoma.
2.  Minimal mucosal thickening, right frontal sinus.
3.  Frontal sinus bulla.
4.  No fractures identified.
5.  Soft tissue swelling as detailed above.
6.  Globes are intact.

signed: Mohammed Ayadi, M.D.
In accordance with department policy, as teaching physician, I have
reviewed all images, and edited the report as required.
cosigned: Barbara L. Carter, M.D.
```