UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.,
    Plaintiff.

v.

GRANT CALLENDAR, OTIS HAREWOOK, GREG LONG, BRIAN ALBERT, EDWARD MEADE, JOHN CONROY, AND THE CITY OF BOSTON,
    Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I, Helen G. Litsas, was unable to communicate with pro se plaintiff, Marlow Williams, Sr., regarding Defendants' Motion To Extend Time To File A Responsive Pleading To Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 6(B) due to plaintiff's current incarceration in Memphis, TN.  Therefore, we were unable to resolve or narrow the issue prior to filing the above motion.

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel
    By its attorneys:


    /s/ Helen G. Litsas
    Thomas R. Donohue BBO #643483
    Helen G. Litsas, BBO #644848
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039 – Donohue
    (617) 635-4023 - Litsas

**CERTIFICATE OF SERVICE**

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon: the pro se plaintiff, Marlow Williams, Sr., Marlow Williams, Sr., No. 04139052, 201 Poplar Avenue, Memphis, Tennessee 38103, by postage prepaid, first class, U.S. Mail.

<u>**10/28/05**</u>     <u>**/s/ Helen G. Litsas**</u>
Date               Helen G. Litsas