(PRO SE PLAINTIFF)
MR. MARLOW WILLIAMS SR.
20 BRADSTON ST.
BOSTON, MASSACHUSETTS
02118

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

DATE:

RE:   Marlow Williams v. City of Boston et al.,
      U.S.D.C. (Mass.) Civil Action No. 04-12346 MLW

Dear Sir/Madam:

This is to notify you of my return to Boston MA.. You now may direct any corespondance to me at the above address.

Thank you for your attention to this matter. Please dont hesitate to contact me should you have any questions or concerns.

Note!
Any further information pertaining to this case will be forwarded to you upon my arrival back to Suffolk County.

Sincerely,

Marlow Will-Sr.

Marlow Williams Sr.
(pro se plaintiff)

c/c: Office of the clerk