UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

Marlow Williams SR.
    Plaintiff.

v.

CITY OF BOSTON et al
    Defendant (s)

    Plaintiff's Motion To Reschedule Trial Date Due To Special Circumstances.

    NOW COMES pro se plaintiff, Marlow Williams, hereby respectfully moves this Honorable Court for a re-scheduling of the current scheduled trial date ordered by, Wolf D.J., due to special circumstances. Those circumstances are as followed:

    1. The plaintiff certifies that, as of now, on June 26, 2006 the conviction and sentence imposed by the Dorchester District Court will expire. See Commonwealth v. Williams docket no. 0307CR0742, dated September 19, 2003.

    2. The plaintiff certifies that upon completion of above sentence he will be transferred to the state of Tennesse for an unrelated case.

    3. The current trial date for this civil case is set for October 30, 2006, which is four months after the plaintiff wraps up his Massachusetts sentence, and will be transported back to Tennesse.

    4. The plaintiff asks that a new trial date be set to a date before June 2006.

    5. Allowing this motion will not prejudice either party, and would further the interest of justice.

    Therefore the plaintiff moves this Honorable Court to grant this to reschedule the current trial date to an appropriate time before June 2006.

Respectfully submitted,
(pro se plaintiff)

*Marlow Williams Sr.*
Marlow Williams Sr. #0303857

## CERTIFICATE OF SERVICE

I, Marlow Williams Sr., hereby certify on this date I served a copy of the foregoing documents upon: City of Boston Law Dept. City Hall, Room 615, Boston MA. 02201, By postage prepaid, first class U.S. mail.

1/06/06          /s/ Marlow Williams Sr.