

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.
Plaintiff

-v-

THE CITY OF BOSTON, et al
Defendants

Plaintiffs Writ of Habeas Corpus for Conference Hearing

Now here comes the Plaintiff, Marlow Williams Sr., respectfully requests this Honorable Court to allow the Plaintiff to appear in court for a Conference Hearing between the two parties

Wherefore, Plaintiff prays this Honorable Court will grant this motion.

Respectfully Submitted,

*Marlow Williams Sr.*

Marlow Williams Sr.

## Certificate of Service

I, Marlow Williams Sr., Pro Se Plaintiff, do hereby Certify that on this date I served a copy of the foregoing documents upon: Helen Litsas, and the defendants, city of Boston et al, City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201 by postage prepaid mail.

4-3-06
Date

Marlow Williams Sr.