
FILED
IN CLERKS OFFICE
2006 APR -7 P 1:05
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.
Plaintiff

-v-

THE CITY OF BOSTON, et al
Defendants

Plaintiffs Motion Requesting Appointment of Counsel and/or Assistance from Legal Advocate for Conference Hearing.

    Now comes the Plaintiff, Marlow Williams Sr., and respectfully moves this court to Appoint Counsel and/or assistance from legal advocate to assist the plaintiff during the Conference Hearing between parties. On grounds for this motion, the Plaintiff states:

    1. Plaintiff is Pro Se, and has very limited knowledge of what to expect during a conference hearing.

    2. Appointment of counsel and/or assistance will not prejudice either party, and would further the interest of Justice.

    Wherefore, the Plaintiff, Marlow Williams Sr., respectfully requests that this honorable Court will appoint Counsel and/or Assistance from Legal Advocate for Conference Hearing for the plaintiff.

Respectfully Submitted
(Pro Se) Plaintiff
Marlow Williams Sr.