FILED
IN CLERKS OFFICE
2006 APR -7 P 1:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12346 MLW

MARLOW WILLIAMS, SR.
Plaintiff

-v-

THE CITY OF BOSTON, et al
Defendants

Plaintiffs Motion Requesting Case Manager to Oversee Conference

Now comes the Plaintiff Marlow Williams Sr., and moves this court to appoint a Case Manager to Oversee Conference between parties. On ground for it's motion the plaintiff states:

1. According to the Honorable Court, the parties in this case are ordered to meet at least once to explore the possibility of settlement, and report to the court by June 16, 2006.

2. If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a Magistrate Judge or attorney on the courts panel of mediators.

Wherefore, the Plaintiff, Marlow Williams Sr., respectfully requests that this honorable Court will appoint a Case Manager to oversee Conference Hearing between the two parties.

Respectfully Submitted
(Pro Se) Plaintiff
Marlow Williams Sr.