UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 APR -7 P 1: 05          CIVIL ACTION NO. 04-12346 MLW

U.S. DISTRICT COURT
DISTRICT OF MASS.

MARLOW WILLIAMS, SR.
Plaintiff

-v-

THE CITY OF BOSTON, et al
Defendants

Plaintiffs Motion Requesting Scheduling
Of Conference Between Parties.

Now comes the Plaintiff, Marlow Williams Sr., and respectfully moves this court
schedule of conference between the two parties in order to attempt to reach an out of court
settlement of this case. On grounds for its motion, the plaintiff states.

1. On October 13, 2005 and December 29, 2005 the plaintiff sent defendants and
demand offer, but the defendants have not yet responded.

2. According to the Honorable Judge Wolf's Scheduling order, order #5, Counsel
for the parties shall meet at least once to explore the possibility of settlement and report
to the court by June 16, 2006 the status and prospects for settlement.

3. Allowing this motion will not prejudice any party to this action, and allowing
this motion will further the interest of Justice.

Wherefore, the Plaintiff, Marlow Williams Sr. respectfully requests that this
Honorable Court will Schedule a date for Conference Hearing between the two parties.

Respectfully Submitted
(Pro Se) Plaintiff
Marlow Williams Sr.