Marlow Williams Sr. #0303857<br>
28 Bradston St.<br>
Boston MA. 02118

May 11, 2006

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02201

      RE:  Marlow Williams v. City of Boston et al.,
            U.S.D.C (Mass), Civil Action No. 04-12346 MLW

Dear Sir/Madam:

    On April 3, 2006, I filed four motions with the courts. Plaintiffs motion requesting conference hearing, motion requesting case manager to oversee conference, motion requesting appointment of counsel and/or assistance from legal advocate for hearing, and a writ of habeas corpus with a certificate of service. Can you please send me a copy of the docket sheet so that I can know the status of the case?

    Thank you for your time and concern to this matter.

Respectfully Submitted,<br><br>
Marlow Williams Sr.<br>
Booking #0303857

[Stamp: FILED IN CLERKS OFFICE / 2006 MAY 17 P 12: 32 / U.S. DISTRICT COURT / DISTRICT OF MASS]