```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

MARLOW WILLLIAMS, SR.,          )
     Plaintiff,                 )
                                )
     v.                         )   C.A. No. 04-12346-MLW
                                )
                                )
CITY OF BOSTON, et al,          )
     Defendants.                )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                           February 16, 2007

On January 5, 2007, this court ordered plaintiff to indicate whether he intended to oppose defendants' motion to dismiss for failure to prosecute and, if so, to file an affidavit and supporting memorandum by February 9, 2007. The Order made clear that "[s]hould plaintiff fail to do so, his petition may be dismissed with prejudice." No written response has been filed.

Accordingly, because plaintiff has not complied with the January 5, 2007 Order, and because, in any event, defendants' motion appears meritorious, it is hereby ORDERED that this case is DISMISSED.

                                        /s/     MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE