UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARLOW WILLIAMS**
         Plaintiff

                                CIVIL ACTION
         V.                         NO.  04-12346-MLW

**CITY OF BOSTON et al**
         Defendant

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Memorandum and Order dated February 16, 2007, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the defendants.

                                                  By the Court,

**February 16, 2007**                             /s/ Dennis O'Leary
     Date                                        **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                              [jgm.]